## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**ALONZO WALTON,**

          Plaintiff,

v.

**STATE OF OKLAHOMA, et al.,**

          Defendants.

**Case No. 21-CV-371-JFH-SPS**

### OPINION AND ORDER

On December 16, 2021, Plaintiff Alonzo Walton, a pro se state prisoner who is incarcerated at Jess Dunn Correctional Center in Taft, Oklahoma, filed this civil rights complaint pursuant to 42 U.S.C. 1983 [Dkt. No. 1]. He alleges he previously was incarcerated at Northeast Oklahoma Corrections Center ("NOCC") in Vinita, Oklahoma, and while he was hospitalized during that time, his personal medical CPAP machine was destroyed. The defendants are the State of Oklahoma; NOCC; NOCC warden; Mr. Everett, NOCC property officer; Chief Clayton, NOCC security officer; and the Oklahoma Department of Corrections.

A review of the complaint shows that none of the parties are located within the territorial jurisdiction of the Eastern District of Oklahoma. Further, the incidents of which Plaintiff complains occurred at NOCC, which is located within the territorial jurisdiction of the Northern District of Oklahoma. Because proper venue does not lie in this district, *see* 28 U.S.C. § 1391(b), this action is **TRANSFERRED** in the interest of justice to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. § 1406(a).

**THEREFORE,** this action is **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED** this 17th day of December 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE

2